1
2
3
4
5
6
7
8
9               UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11              WESTERN DIVISION – LOS ANGELES

12

13  MCA RECORDS, INC.,                    CASE NO. CV 92-0200 RSWL (BQRx)

14              Plaintiff,                **RENEWAL OF JUDGMENT BY CLERK**

15       v.

16  CHARLY RECORDS, LTD.,

17              Defendant.

18

19

20       Based upon the application of Judgment Creditor UMG Recordings, Inc.,

21  successor-in-interest to MCA Records, Inc., for renewal of the judgment entered

22  on June 20, 2005, and pursuant to Fed. R. Civ. P. 69(a) and California Code of

23  Civil Procedure Section 683.110, et seq., and good cause appearing therefor, the

24  judgment [Docket Entry 498] is hereby renewed in the amounts as set forth below:

25

26  ///

27  ///

28  ///

**Amounts for Renewal of Each Judgment**

Charly Records, Ltd., Charly Holdings, Inc., and Charly Records International APS (jointly and severally)

| | |
|---|---|
| Total Judgment at Last Renewal (June 17, 2005) | $5,014,416.14 |
| Costs since Last Renewal | $        0.00 |
| Credits since Last Renewal | $   100,000.00 |
| Interest after judgment | $        0.00 |
| Fee for filing renewal application | $        0.00 |
| **Total Renewed Judgment** | **$4,914,416.14** |

Charly Records, Ltd.

| | |
|---|---|
| Total Judgment at Last Renewal (June 17, 2005) | $2,057,597.68 |
| Costs since Last Renewal | $        0.00 |
| Credits since Last Renewal | $        0.00 |
| Interest after judgment | $        0.00 |
| Fee for filing renewal application | $        0.00 |
| **Total Renewed Judgment** | **$2,057,597.68** |

Charly Holdings, Inc., and Charly Records International APS (jointly and severally)

| | |
|---|---|
| Total Judgment at Last Renewal (June 17, 2005) | $1,083,118.86 |
| Costs since Last Renewal | $        0.00 |
| Credits since Last Renewal | $   100,000.00 |
| Interest since Renewal | $        0.00 |
| Fee for filing renewal application | $        0.00 |
| **Total Renewed Judgment** | **$   983,118.86** |

///

///

///

Mitchell
Silberberg &
Knupp LLP

6879697.1

2

The judgment in this matter is renewed, in the following amounts:

$4,914,416.14 against Charly Records, Ltd., Charly Holdings, Inc., and Charly Records International APS (jointly and severally);

$2,057,597.68 against Charly Records, Ltd.; and

$983,118.86 against Charly Holdings, Inc., and Charly Records International APS (jointly and severally).

DATED:  5/29/2015                    CLERK OF COURT

                                     By    s/ J. Remigio_____
                                           Deputy Clerk

**RENEWAL OF JUDGMENT BY CLERK**

Mitchell
Silberberg &
Knupp LLP

6879697.1